RECEIVED
APR 26 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SYED SAADET ALI FARA SHAH<br>REG. # 90280-022 | : | DOCKET NO. 17-cv-1488<br>SECTION P |
| VERSUS | : | JUDGE DRELL |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 15] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 26 day of April, 2018.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**